Brian W. Brokate (BB 5830)
John Macaluso (JM 2058)
Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLEX WATCH U.S.A., INC.,

        Plaintiff,

v.

JULIO MUNOZ, individually and d/b/a
WWW.YOUTUBEWATCHES.COM;
UNKNOWN WEBSITES 1-10; "JOHN DOES"
1-10; and UNKNOWN ENTITIES 1-10

        Defendants.

JUDGE PAULEY

**12 CIV 0806**

ORDER TEMPORARILY
SEALING COURT FILE



The Court has read and duly considered the Complaint, the affidavits, and the memorandum of law submitted by plaintiff in this matter and good cause appearing it is:

ORDERED, that the Complaint and all other pleadings in this case be filed under seal, and that the court file be maintained under seal until further order of this Court; and it is further

ORDERED, that the Clerk of this Court may have access to the sealed file to implement or insure compliance with orders issued in this case.

Dated: __2/1__, 2012

                              _____
                              UNITED STATES DISTRICT COURT JUDGE
                              PART I