Brian W. Brokate (BB 5830)
John Macaluso (JM 2058)
Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> JULIO MUNOZ individually and d/b/a WWW.YOUTUBEWATCHES.COM; UNKNOWN WEBSITES 1-10; "JOHN DOES" 1-10; and UNKNOWN ENTITIES 1-10 <br><br> Defendants. | Case No. <br><br> **AFFIDAVIT OF JOHN CROWE IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED; EXPEDITED DISCOVERY ORDER; AND AN ORDER TEMPORARILY SEALING THE COURT FILE.** |

JOHN CROWE, under penalty of perjury, declares that:

1.   I am the Technical Supervisor/Estimator of Rolex Watch U.S.A., Inc. ("Rolex"), 665 Fifth Avenue, New York, New York. I am a certified watchmaker and have been employed by Rolex for approximately 21 years.

2.   On or about January 23, 2012, I examined one (1) Rolex watch received from Gibney, Anthony & Flaherty, LLP. I was informed that the watches were purchased by Rolex's agent from the herein Defendants.

3. After careful examination, it is my opinion that the watches are not genuine Rolex product. The appearance of the watch are such, however, that a purchaser could very easily be misled by this product into thinking that he is buying a genuine product.

4. The watch bear several counterfeits and infringements of Rolex's federally registered trademarks.

5. The watch were not made by nor authorized by Rolex.

6. Wherefore, it is respectfully requested that Rolex's request for a temporary restraining order be granted.

Dated: Feb. 1, 2012

_____
John Crowe

Sworn to me this 1 day of February, 2012

_____
Notary Public

WALTER MICHAEL LEE
Notary Public, State of New York
No. 02LE6117620
Qualified in New York County
Commission Expires October 25, 2012