Brian W. Brokate (BB 5830)
John Macaluso (JM 2058)
Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> JULIO MUNOZ, individually and d/b/a WWW.YOUTUBEWATCHES.COM; UNKNOWN WEBSITES 1-10; "JOHN DOES" 1-10; and UNKNOWN ENTITIES 1-10 <br><br> Defendants. | AFFIDAVIT OF WALTER-MICHAEL LEE IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED; EXPEDITED DISCOVERY ORDER; AND AN ORDER TEMPORARILY SEALING THE COURT FILE. |

WALTER-MICHAEL LEE, under penalty of perjury, declares that:

1. I am an active member of the bar of the State of New York and Senior Counsel with the law firm of Gibney, Anthony & Flaherty LLP. This affidavit is submitted in support of Rolex Watch U.S.A., Inc.'s ("Rolex's") *ex parte* application for a temporary restraining order; order to show cause why a preliminary injunction should not be issued; expedited discovery order and an order temporarily sealing the Court.

2. The need for this request is particularly acute in this case because defendants Julio Munoz individually and d/b/a www.youtubewatches.com; Unknown Websites 1-10; "John Does" 1-10; and Unknown Entities 1-10 (hereinafter collectively referred to as "Defendants") are

engaged in the distribution and/or creation of merchandise bearing counterfeits of Rolex's federally registered trademarks.

3. As set forth in the accompanying affidavits submitted herewith, Defendants have distributed unauthorized merchandise bearing counterfeits of Rolex's trademarks.

4. As experience has shown me in cases such as these, if notice of this action was given, Defendants would likely conceal or destroy any unauthorized and infringing inventory. Accordingly, the only real relief available to Rolex is an order pursuant to *ex parte* proceedings.

5. In accordance with Rule 65 of the Federal Rules of Civil Procedure, Rolex will post a bond in such sum as the Court deems proper for the payment of costs and damages which may be incurred or suffered by Defendants if it is found that the Temporary Restraining Order was wrongfully issued. A bond of $5,000.00 is suggested.

6. Rolex has given notice of its application for an *ex parte* order to the United States Attorney for this Judicial District pursuant to 15 U.S.C. § 1116(d)(2).

7. No previous application for similar relief has been made.

Dated: Feb. 1, 2012

Walter-Michael Lee

Sworn to me this 1st day
of February, 2012

Notary Public

VERONIKA L. SOSTAK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SO6099023
Qualified in New York County
My Commission Expires September 22,
NOV. 21, 2015